### Jackson ex dem. —— v. ——.

THE notice of motion to set aside a writ of possession, was not for the first day of term, nor for a non-enumerated day.

*Riker*, contra. It is bad. Though the court allows notice of a non-enumerated motion to be for another day than the first, still it ought to be for a non-enumerated day.

*Per Curiam.* If the excuse is sufficient, the notice is good, though for any day, notwithstanding the court will hear it only on a non-enumerated day.